# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ELEANOR YALE (ACCOUNT OF FRANK YALE), | : | No. 101 MAL 2017 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STATE EMPLOYEES' RETIREMENT SYSTEM (SERS), | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.